ABRAHAM LOTT, Administrator, etc., Respondent, *v.* FRANK
        CROOKE, Executor, etc., Appellant.

(Argued January 26, 1881; decided February 1, 1881.)

*Frank Crooke* for appellant.

*John H. Kemble* for respondent.
Agree to affirm without opinion.
All concur.
Judgment affirmed.

———

CATHARINE A. ABBOTT, Administratrix, etc., Respondent, *v.*
        NICHOLAS H. DECKER, Impleaded, etc., Appellant.

(Argued January 24, 1881; decided February 1, 1881.)

*Ira D. Warren* for appellant.

*J. A. Dennison* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.